UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BETTY WASHINGTON,

                Plaintiff,

     -against-

KILOLO KIJAKAZI,

                Defendant.

-----------------------------------------------------------------X

23-CV-03765 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On May 12, 2023, the Honorable Mary Kay Vyskocil referred this matter to a magistrate judge for all purposes based on the consent of the parties. See 28 U.S.C. § 636(c). On May 15, 2023, that referral was reassigned to my docket.

      The parties are to follow the schedule set out in the scheduling order at ECF No. 8.

      Any application for an extension of time with respect to any deadlines in this matter must be made as soon as the cause for the extension becomes known to the party making the application and must be made in accordance with paragraph I(g) of the Court's Individual Practices. The application must state the position of all other parties regarding the proposed extension and must show good cause for the extension.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:      May 15, 2023
               New York, New York