**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BETTY WASHINGTON o/b/o B.K.A.F.,

                Plaintiff,                        23 **CIVIL** 3765 (SN)

        -v-                              **JUDGMENT**

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated July 31, 2023, that this action be, and hereby is,

reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42

U.S.C. § 405(g), for further administrative proceedings, including, the opportunity for a new

hearing and issuance of a new decision. See Shalala v.Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

      August 1, 2023

                                           **RUBY J. KRAJICK**

                                       _____
                                           **Clerk of Court**

          **BY:**

                                           _____
                                           **Deputy Clerk**